RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

PD-_____

DANIEL L. WILSON        §    IN THE COURT OF

-vs-                  §    CRIMINAL APPEALS

THE STATE OF TEXAS     §    OF TEXAS

## MOTION TO SUSPEND RULE 9.3[b]

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, **Daniel L. Wilson**, Appellant in the aboved-styled and numbered cause and respectfully moves this Honorable Court to grant **Leave To File** an original copy, only, of **The Petition For Discretionary Review**, and in support thereof shows the following:

1.] The styled and appeal number in **The Third District Court Of Appeals**, Bell County, Austin, Texas, Appeal No. 03-15-00328-CR;

2.] The Appellant moves that The Honorable Court **Suspend Rule 9.3[b]** Of **The Texas Rules Of Appellate Procedure**, which requires the filing of **Eleven[11]** copies of **The Petition For Discretionary Review**; and

3.] Appellant is indigent, incarcerated and does not have access to a copier machine, rendering him unable to comply with **Rule 9.3[b]**.

**WHEREFORE PREMISES CONSIDERED**, Appellant respectfully request that this Honorable Court grant him leave and suspend **Rule 9.3[b]**, and allow him to file the original copy, only, of **The Petition For Discretionary Review**.

-Page 1-of- 2

Respectfully Submitted,

Daniel L. Wilson, 1998039
POLUNSKY UNIT
#3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351